

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2019

No. 04-19-00583-CV

**IN THE INTEREST OF I.J.S., ET AL., CHILDREN**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01574
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On September 12, 2019, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction because the notice of appeal was filed late. On September 23, 2019, appellant's counsel filed a response to our order, explaining that he did not learn he had been appointed to represent appellant until the day the notice of appeal was due, and that he promptly filed the notice of appeal as soon as he confirmed the appointment. Because the notice of appeal was filed within the period for granting a motion for extension of time under Texas Rule of Appellate Procedure 26.3, and because appellant's response provides a reasonable explanation for the failure to timely file the notice of appeal, we conclude that we have jurisdiction over this appeal. *See* TEX. R. APP. P. 26.3; *Hone v. Hanafin*, 104 S.W.3d 884, 886–87 (Tex. 2003).

At this time, the appellate record is complete. We therefore ORDER appellant to file her brief by or before **October 14, 2019**. *See* TEX. R. APP. P. 38.6(a)(2).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2019.

_____
Luz Estrada,
Chief Deputy Clerk